JS-6

# United States District Court
# Central District of California

| Mariano Rancho, LLC, | |
|---|---|
| Plaintiff, | |
| v. | 2:21-cv-02740-VAP (MARx) |
| Scottsdale Insurance Company, | **JUDGMENT** |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Pursuant to the Order entered concurrently herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

    **IT IS SO ORDERED.**

Dated:   7/16/21

                                             Virginia A. Phillips
                                          United States District Judge